22928

The STATE, Respondent v. Milton E. COTO, Appellant.

(374 S. E. (2d) 181)

Supreme Court

*John D. Kassel*, of *Suggs & Kelly, P.A.*, Columbia, on behalf of *A.C.L.U. of the South Carolina Foundation, for appellant.*

*T. Travis Medlock, Atty. Gen., Harold M. Coombs, Jr., Asst. Atty. Gen., Gwendolyn L. Fuller, Staff Atty.* and *James C. Anders, Sol.,* Columbia, *for respondent.*

Heard Oct. 21, 1988.

Decided Nov. 28, 1988.

*Per Curiam:*

The record does not indicate, and no determination was made, that Appellant's waiver of counsel was knowing and intelligent. Accordingly, the case is reversed and remanded for a new trial. *State v. Bateman,* _____ S. C. _____ , 373 S. E. (2d) 470 (1988); *see also Faretta v. California,* 422 U. S. 806, 95 S. Ct. 2525, 45 L. Ed. (2d) 562 (1975); *Von Moltke v. Gillies,* 332 U. S. 708, 68 S. Ct. 316, 92 L. Ed. 309 (1948).

Reversed and remanded.